<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: September 27, 2002      NO. 02-3008

CASE CAPTION: KINGVISION PAY-PER-VIEW V. DEAN'S BAR, ET AL.

1. TRIAL COUNSEL              FOR PLAINTIFF: S. HARVEY
                                             R. HARPER

                              FOR DEFENDANT:


2. STATUS OF CASE: PLAINTIFF WILL FILE MOTION FOR DEFAULT JUDGMENT BY END OF BUSINESS TODAY. COURT WILL SCHEDULE ASSESSMENT OF DAMAGES HEARING.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

       PLAINTIFF    :
       DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                              CHARLES R. WEINER